# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129294 & (19)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ROGER WISNIEWSKI,
        Plaintiff-Appellee,

v

                                   SC: 129294
                                   COA: 261351

TENNECO, INC., and PACIFIC EMPLOYERS     WCAC: 03-000469
INSURANCE COMPANY,
        Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the July 11, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.  The motion to strike appellant's supplemental brief is also considered, and it is DENIED as moot.

      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

t1219

                          Clerk